UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>BENZAMA DJELLOUL a/k/a )<br>BENZAAMA DJELLOUL, DJELLOUL )<br>BENZAMA, DJELLOUL BENZAAMA, )<br>and BENZAMA D. GELLOUL, )<br>)<br>Defendant. )<br>) | **04 CR 10188 PBS**<br><br>Criminal Case No.<br><br>Violations:<br>42 U.S.C. § 408(a)(7)(B) -<br>Use of a False Social Security Number |

## INDICTMENT

**COUNT ONE:**   (42 U.S.C. § 408(a)(7)(B) - Use of False Social Security Number)

The Grand Jury charges that:

On or about December 28, 1999, at Cambridge, in the District of Massachusetts,

BENZAMA DJELLOUL a/k/a BENZAAMA DJELLOUL, DJELLOUL BENZAMA,
DJELLOUL BENZAAMA, and BENZAMA D. GELLOUL,

defendant herein, with intent to deceive, did falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

**A TRUE BILL**

_____
FOREPERSON OF GRAND JURY

_____
B. Stephanie Siegmann
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, June 29, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

12:33 pm