UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Crim. No. 04-10188-PBS |
| ) | |
| **BENZAMA DJELLOUL** ) | |

### GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby respectfully moves the Court to unseal the Indictment, arrest warrant, this motion and the Court's order on this motion. As grounds for this motion, the government states that the Indictment was sealed in error. Defendant is out of the United States and the unsealing of the Indictment will aid in his arrest should he return to the United States. Accordingly, the materials no longer need to remain sealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
GREGORY MOFFATT
Assistant U.S. Attorney
(617) 748-3370

Date: September 30, 2004

*[Handwritten in margin: 9/30/04 Allowed Patti B Saris]*

*[Stamp: DOCKETED]*