**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| v. | )  **Crim. No. 04-10188-PBS** |
| | ) |
| **BENZAMA DJELLOUL** | ) |
| | ) |

**NOTICE OF APPEARANCE**

Now comes the undersigned Assistant United States Attorney and hereby notices his appearance in the above-captioned matter, along with Assistant United States Attorney B. Stephanie Siegmann.

                                               Respectfully submitted,

                                               MICHAEL J. SULLIVAN
                                               United States Attorney

By: _____
                                               GREGORY MOFFATT
                                               Assistant U.S. Attorney
                                               617-748-3370

DATED: September 30, 2004